JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAR GADDA,<br><br>  Plaintiff,<br><br>v.<br><br>GOVINVEST, INC. et al.,<br><br>  Defendants. | Case No. 2:25-cv-02707-SB-JDE<br><br><br>ORDER OF DISMISSAL[1] |

The parties have filed a stipulation to continue the May 9, 2025 mandatory scheduling conference and hearing on the pending motions to remand and dismiss, stating that they have reached an agreement on principal settlement terms. Dkt. No. 16. In light of the parties' representation, this action is dismissed in its entirety without prejudice, and the May 9, 2025 hearing is vacated. For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen. If the case is reopened, the Court will reinstate the pending motions to remand and

---

[1] This order is not intended to prejudice the rights of any party; rather, it is being used a procedural device to allow the parties to finalize their settlement and minimize the costs of this litigation. Any objection to this order must be filed by April 23. If any party files an objection, it will be heard—and the parties, by this order, shall be required to appear—at 8:30 a.m. on April 25 in Courtroom 6C.

dismiss and set a mandatory scheduling conference, and the parties should be prepared for an expedited pretrial and trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 45 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: April 18, 2025

                                                         Stanley Blumenfeld, Jr.
                                                         United States District Judge